PROB 12C
(REV. 12/04)

# UNITED STATES DISTRICT COURT
for
WESTERN DISTRICT OF TEXAS

FILED
AUG 18 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
               DEPUTY CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Alejandro Gabriel Navarro                    Case Number:   SA-12-CR-888(1) FB

Name of Sentencing Judicial Officer:   Honorable George P. Kazen, Senior United States District Judge
October 22, 2012: Reassigned to Honorable Fred Biery, United States District Judge.

Date of Original Sentence:   September 14, 2007

Original Offense:   Possession with Intent to Distribute a Quantity in Excess of 5 Kilograms of Cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 18 U.S.C. § 2.

Original Sentence:   Seventy-eight (78) months imprisonment, five (5) year term of supervised release, and a $100 special assessment.

Type of Supervision:   Supervised Release          Date Supervision Commenced:   July 16, 2012

Assistant U.S. Attorney:   Diana M.H. Song          Defense Attorney:   Guillermo Garcia

### PREVIOUS COURT ACTION

On August 21, 2012, Senior United States District Judge George P. Kazen ordered the issuance of a warrant following notification of the offender's arrest on July 20, 2012, by the San Antonio Police Department for Driving While Intoxicated.

On September 25, 2012, a transfer of jurisdiction to the Western District of Texas-San Antonio Division from the Southern District of Texas-Laredo Division was accepted by the Court.

On December 5, 2012, an Agreed Order Modifying Supervised Release for alcohol abstinence, DWI Victim Impact, and DWI Education was accepted by the Court.

### PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall not commit another federal, state, or local crime.** |

Alejandro Gabriel Navarro
SA-12-CR-888 (1) FB
August 15, 2016
Page 2

    2.    **The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervised release.**

According to the San Antonio Police Department, the offender was arrested for Driving While Intoxicated 2nd on July 16, 2016. According to the offense report, while the officer was making a traffic stop for speeding, the offender's speech was slurred and he stuttered. When the officer questioned the offender about alcohol use, he admitted to drinking "not that much." The offender failed the sobriety test, refused a breathalyzer test, and a blood draw was administered. The results of the blood draw are pending. Mr. Navarro's hearing is set for September 23, 2016, in Bexar County Court at Law No. 12, under cause number 522509.

On July 18, 2016, the offender reported to the probation office to report the new arrest and admitted to drinking one and a half beers after having a disagreement with his girlfriend. A breathalyzer test was administered at the probation office, which yielded negative results.

**U.S. Probation Officer Recommendation:** On July 16, 2012, Alejandro Gabriel Navarro began his term of supervised release. He has been on supervision for approximately 48 months and has Criminal History Category of I, with a prior juvenile adjudication.

According to the presentence report, Mr. Navarro reported snorting cocaine at the age of 16 and used on weekends for an 18 month period. He reported he began using marijuana on weekends at the age of 17 for one year. Further, Mr. Navarro also reported drinking alcohol socially at the age of 18.

Within four days of beginning federal supervision, the offender was arrested for Driving While Intoxicated (DWI) in Bexar County Texas. Since Mr. Navarro had been in federal custody for sixty (60) days, Judge Michael La Hood of Bexar County Court at Law No. 9 sentenced the offender to three (3) days jail, credit for time served, with $652.00 in court costs, and a $300.00 fine.

On December 5, 2012, in response to the offender's DWI arrest, the Federal Court accepted an Agreed Order Modifying Supervised Release which imposed conditions requiring alcohol abstinence, the DWI Victim Impact Program, and the DWI Education Program. The offender completed all programs as ordered. The offender completed substance abuse treatment with Treatment Associates on December 19, 2013.

In light of this information, it is respectfully recommended Alejandro Gabriel Navarro's term of supervised release be revoked.

☒ The term of supervision should be

    ☒ revoked. (Maximum penalty: <u>5</u> years imprisonment; <u>Up to life</u> years supervised release; and payment of any unsatisfied monetary sanction previously imposed)

    ☐ extended for __ years, for a total term of __ years.

☐ The conditions of supervision should be modified as follows:

Alejandro Gabriel Navarro
SA-12-CR-888 (1) FB
August 15, 2016
Page 3

Approved:                                             Respectfully submitted,

*(signature)*                                         *(signature)*

Ruth Caballero                                        Monica Stroupe
Supervising U.S. Probation Officer                    U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5340                  Telephone: (210) 472-6590, Ext. 5341
                                                      Date: August 15, 2016

cc:   Charlie Strauss
      Assistant U.S. Attorney

      Marc S. Martinez
      Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other _____

*(signature)*

Honorable Fred Biery
U.S. District Judge

8/18/16
Date